**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02538 (CGM) |
| Plaintiff, | |
| v. | |
| QUILVEST FINANCE LTD., | |
| Defendant. | |

**ORDER DENYING QUILVEST FINANCE LTD'S
MOTION TO DISMISS THE COMPLAINT**

Defendant QS Finance Ltd., formerly known as Quilvest Finance Ltd., ("Defendant")

filed a motion to dismiss the Complaint under Bankruptcy Rule 7012(b) and Federal Rule of

Civil Procedure 12(b)(2) and 12(b)(6) (the "Motion") on April 12, 2022.  The parties stipulated

to rest on their papers and waive oral argument on the Motion on September 7, 2022.  The Court

has considered the Motion, the papers filed in support of and in opposition to the Motion, and the

Complaint.  The Court issued a memorandum decision, dated September 27, 2022, regarding the

Motion (the "Decision").  Based on the record in this adversary proceeding, including the

Decision, **IT IS ORDERED**:

1.      The Motion to dismiss the Complaint is denied.

2.      The deadline for Defendant to file an answer to the Complaint is November 30,

2022.

3.      The Court shall retain jurisdiction to implement or enforce this Order.



**/s/ Cecelia G. Morris**

_____

**Dated: October 7, 2022**                                   **Hon. Cecelia G. Morris**
**Poughkeepsie, New York**                               **U.S. Bankruptcy Judge**